

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00057-CR

Ryan Xavier **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0206-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was originally due May 26, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to July 11, 2022. On July 11, 2022, appellant filed a motion requesting an additional extension of time to file the brief until July 25, 2022, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by July 25, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court